CASE NO: 01-15-00889-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 3 2015

CHRISTOPHER A. PRINE
CLERK

### IN THE FIRST COURT OF APPEALS

### HOUSTON, TEXAS

## RONKE OLLEY AND JEFF OLLEY

**Appellants**

## Vs,

## DRIFTWOOD HOSPITALITY MGT II LLC MANAGER OF HYATT HOUSE HOUSTON/ENERGY CORRIDOR

**Appellee**

**Appealed From Harris County Court at Law NO: 3**

**No: 1057687**

## APPELLANT'S NOTICE OF TRIAL COURT DENYING COUNTY CLERK'S CONTEST OF INDIGENCE

TO THE 1ST COURT OF APPEALS:

COMES NOW JEFF OLLEY AND RONKE OLLEY files and serves its notice of County Clerk's **denied Contest** to Appellants Affidavit Of Indigence and would respectfully show the Court the following:

1   On November 4th 2015 the Trial Court Denied County Clerk's Contest to Appellants Affidavit of indigence and allows for Appellant to proceed with its Appeal without advance payment of Court Cost. **See attached Trial Court's Order denying contest.**

Respectfully Submitted,

JEFF OLLEY

RONKE OLLEY

P.O.BOX 5044

KATY TEXAS 77491

PHONE: 832-643-7388

CELL: 7135384928

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been sent by fax to the following individuals and

Counsel on record Pursuant to Rule 21a of Tex. R. Civ. P.

Fax 7138613596

David L. Miller

SBN: 14067300

Blake W. Gipson

SBN: 24082024

CAUSE NO. 1057687

| RONKE OLLEY AND JEFF OLLEY | § | IN THE CIVIL COURT AT |
| | § | |
| V. | § | LAW NUMBER 3 |
| | § | |
| DRIFTWOOD HOSPITALITY MGT LLC | § | HARRIS COUNTY, TEXAS |

## JUDGMENT AND ORDER SUSTAINING CONTEST TO PAUPER'S OATH

BE IT REMEMBERED that on this day came on to be heard the Contest to the Affidavit of Inability to Give Cost Bond of Affiant, in the above numbered and entitled cause. The Court, after considering the evidence and the argument of counsel, finds that Affiant RONKE OLLEY is able to pay all filing fees, or to give security therefore, that the affidavit was not filed in good faith and that such contest should be and is hereby ~~sustained.~~ Denied. Hearing not required within 10 day.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant RONKE OLLEY to proceed in this matter without payment of the costs of appeal or any part thereof, or to give security therefore is ~~SUSTAINED.~~ Denied.

~~IT IS FURTHER ORDERED that the County Clerk shall not proceed or process any further actions or settings on this case unless and until the Affiant RONKE OLLEY pays and/or deposits in full all costs of this appeal.~~

SIGNED this ____4____ day of ___Nov___ 2015

_____
JUDGE PRESIDING

Harrison Gregg, Jr.
Senior Assistant County Attorney
SB: 08429500

FILED

2015 NOV -4 PM 1:28

_Stan Stanart_
COUNTY CLERK
HARRIS COUNTY TEXAS

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.



FILED
AT 11:11 O'CLOCK A M
DATE October 23 20 15
_Stan Stanart_
CLERK COUNTY CIVIL COURTS
AT LAW
By _____
DEPUTY

FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 3 2015

CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773
12 NOV 2015 PM 7 L

1ST Court of Appeals

CLERK's Office

301 FANNIN ST Room 208

HOUSTON, TX

77002 2066

CELEBRATE!
FOREVER / USA